I.12-CV-2052     5/11/12

## NOTICE and DEMAND
NOTICE OF: VIOLATION OF OATH OF OFFICIAL OFFICE BY U.S.D.J. STAFF; and Demand.
THIS NOTICE OF PROCESS IS SERVED TO THE "CHIEF USDJ" AT ATLANTA, GEORGIA 30303
BY CERTIFIED MAIL No: (7003-1680-0005-1205-8950) 05/   /2012.

POSTAL MASTER:   Please SERVE THIS AS LAWFUL PROCESS UPON THE "CHIEF USDJ" AT:
THE UNITED STATES COURT HOUSE
75 Spring Street, S.W. ROOM 2211
Atlanta, Georgia 30303

_(Left margin, rotated text):_ "Everett Leon Stout" is agreed to be (ONE TRILLION US DOLLARS). SECURED BY THE PUBLIC CREDENTIALS. U.S. GOVERNMENT, and "Everett Leon Stout" is agreed to be (ONE TRILLION US DOLLARS). RETALIATION CLAUSE: ANY RETALIATION AGAINST THE U.S. GOVERNMENT, and NOTICE: THE MONITARY AMOUNTS ARE AGAINST THE

| | |
|---|---|
| INJURED PERSON/PARTY:<br>Everett Leon Stout: POW.#23867-001<br>Federal Prison Camp:<br>P.O. Box 150160, McDonough BLVD, S.E.<br>Atlanta, Georgia 30303<br><br>Common Law Criminal Tort's COMMITTED BY:<br>S. PAYNE; CASE MANAGER,    AND<br>LEON GEE; CAMP ADMINISTRATOR, at the<br>above address. | "NOTICE OF 'LIS PENDENS LIEN'"<br>§ In the amount of ($100,000,000.00)<br>§              NOTICE:<br>§ SERVED UNDER MAIL BOX RULE 4(a)(1)<br>§ THE LIEN BECOMES CHOATE 05/14/2012,<br>§ at (12:00 Meredian).<br>§<br>§<br>§<br>§<br>§ |

### Sworn Affidavit Of Irrefutable Facts
A)   The TORT FEASORS have constitantly refused to PREPARE [M]y HALFWAY HOUSE
Papers.       B)   S. PAYNE; is demanding that I, provide her with the address
of a Family Member, or a Friend, of which the PROBATION OFFICER can investigate.
C)   This DEMAND is in DIRECT VIOLATION of P.S.5800.15: @ §11. which states:
11.  Indicate the inmate's proposed release address.   "If released to a RRC,
the address of of proposed resident should be left blank.   This information
is subject to change during the RRC, placement.   This information should be
completed by RRC STAFF."

### NOTICE OF ACTUAL and FACTUAL INNOCENCE
Everett Leon Stout; has consistantly since ARREST maintained that: I, am
both ACTUALLY AND FACTUALLY innocent of committing any CRIME against the Laws
of the United States of America.   THEREFORE, all FEDERAL OFFICIALS, are in
DIRECT VIOLATION OF THEIR Oath of Official Office by keeping [M]e incarcerated.

### VIO:ATION OF OATH IS TORT
Violation of Oath is tort, not breach of contract, Farrell V. U.S.,
(2009, Ct Fed Cl) 2009 US Claims LEXIS 401.

### DEMAND
It is NOW DEMANDED that the CHIEF JUDGE, immediately order that:
1)   The TORT FEASORS, immediately provide the authority which MANDATES that
     the Inmate provide a residential release address prior to HALFWAY HOUSE.
or:  2)   Prepare the HALFWAY HOUSE documents immediately for release to Little
     Rock, Arkansas.   or: 3)  FORFEIT ALL PUBLIC CREDENTIALS by which they
     are AUTHORIZED to hold OFFICE OF PUBLIC TRUST.

NOTICE:  THE CHARGES COMMITTED ARE:  COMMITTED IN VIOLATION OF THE PROHIBITIONS
         OF AMENDMENT X, United States Constitution. THERE IS NO IMMUNITY.

RESPECTFULLY SUBMITTED: _[signature]_                    05/06/2012
                        Everett Leon Stout